JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAYEL HARUTYUNYAN, an individual, | Case No.: 2:24-cv-11145-PA-E |
| Plaintiff, | ORDER ON STIPULATION TO REMAND CASE TO STATE COURT |
| v. | |
| MERCEDES-BENZ USA, LLC; a Delaware Limited Liability Company, and DOES 1 through 10, Inclusive, | Judge: Hon. Percy Anderson |
| Defendants. | |

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED:  January 3, 2025

_____
Percy Anderson
United States District Judge

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**